428 A.2d 265

Commonwealth v. Kastner, Appellant.

■■■■■■■■■■

■■■■■■■■■■

■■■■■■■ Argued November 14, 1979. Timothy McCormick, for appellant; Albert C. Gaudio, Assistant District Attorney, submitted a brief on behalf of appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.